FILED:   March 30, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-246
(1:03-cr-00296-LMB-6)
_____

In re: SEIFULLAH CHAPMAN,

      Movant.

_____

O R D E R
_____

The court places this case in abeyance pending a decision in In re: Hubbard, No. 15-276, which was argued on January 28, 2016.

For the Court

/s/ Patricia S. Connor, Clerk