IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEIFULLAH CHAPMAN,                              )
      Movant,                               )
                            )
v.                                              )
                            )    1:03-CR-296 (LMB)
                            )    1:16-CV-512 (LMB)
UNITED STATES OF AMERICA                        )
                            )

## ORDER

On May 3, 2016, the Fourth Circuit granted Seifullah Chapman's ("movant") request to file a second or successive 28 U.S.C. § 2255 motion. See USCA Order [Dkt. No. 812], May 3, 2016. In his Successive Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 ("§ 2255 Motion") [Dkt. No. 813], May 5, 2016, movant argues that three of his convictions under 18 U.S.C. § 924 were obtained in violation of the Fifth Amendment and should be vacated in light of the Supreme Court's decision in Johnson v. United States, 135 S. Ct. 2551 (2015). Having reviewed the § 2255 Motion, the Court finds that movant has raised sufficient issues to require a response from the government. Accordingly, it is hereby

ORDERED that within sixty (60) days the government file a response to movant's § 2255 Motion.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Attorney for the Eastern District of Virginia.

Entered this 6 day of May, 2016.

Alexandria, Virginia

                                           /s/
                                         Leonie M. Brinkema
                                         United States District Judge