UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SEIFULLAH CHAPMAN, | ) | |
| | ) | |
| Defendant/Movant, | ) | |
| | ) | |
| v. | ) | Case No. 03-cr-296-LMB |
| | ) | Case No. 16-cv-512-LMB |
| UNITED STATES OF AMERICA | ) | |

### NOTICE OF APPEARANCE

Undersigned counsel, Gerald T. Zerkin, will represent the Defendant/Movant, Seifullah Chapman, in the above-entitled matters.

_____s/_____
Gerald Thomas Zerkin
Attorney-At-Law
Va. Bar #16270
2025 E. Main Street, Suite 108
Richmond VA 23223
(804) 921-4885
zerkingt@msn.com

### Certificate of Service

I hereby certify that, on this 8th day of May, 2016, I electronically filed the foregoing Notice Of Appearance with the Clerk of Court using the EM/ECF system, which will send notification of such filing to all counsel of record.

_____s/_____
Gerald Thomas Zerkin
Attorney-At-Law
Va. Bar #16270
2025 E. Main Street, Suite 108
Richmond VA 23223
(804) 921-4885
zerkingt@msn.com