IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **SEIFULLAH CHAPMAN,** | |
| Defendant/Petitioner, | Case No. 03-cr-296-LMB |
| v. | Case No. 16-cv-512-LMB |
| **UNITED STATES OF AMERICA,** | |
| Respondent | |

**EMERGENCY MOTION FOR RELEASE PENDING THE COURT'S DISPOSITION OF MOVANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255**

COMES NOW the Petitioner, Seifullah Chapman, through undersigned counsel, and respectfully requests this Honorable Court authorize his immediate release on his personal recognizance, or, if the Court deems it necessary and proper, on bond, and/or in-home confinement pending disposition of his Motion to Vacate, Set Aside, or Correct his Sentence Under 28 U.S.C. § 2255 (ECF No. 813) ("Motion to Vacate").  In support of this Motion, Mr. Chapman submits the attached Memorandum in Support of his Emergency Motion for Release.

Respectfully submitted,

*s/ Gerald Thomas Zerkin*
Gerald Thomas Zerkin
Attorney-At-Law
Virginia Bar #16270
2025 E. Main Street, Ste. 108
Richmond, VA 23223
(804) 921-4885
zerkingt@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will send notification of such filing to the following:

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

David Howard Laufman
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

*s/ Gerald Thomas Zerkin*
Gerald Thomas Zerkin
Attorney-At-Law
Virginia Bar #16270
2025 E. Main Street, Ste. 108
Richmond, VA 23223
(804) 921-4885
zerkingt@msn.com