UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SEIFULLAH CHAPMAN, | ) | |
| | ) | |
| Defendant/Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 03-cr-296-LMB |
| | ) | Case No. 16-cv-512-LMB |
| UNITED STATES OF AMERICA | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on the 27th day of May, 2016, at 9:00 a.m., or as soon as I may be heard, I will move the Court to grant Defendant/Petitioner's Emergency Motion for Release Pending The Court's Determination of Movant's Motion to Vacate Pursuant to 28 US.C. § 2255.

SEIFULLAH CHAPMAN

BY: _____s/_____
Gerald Thomas Zerkin
Attorney-At-Law
Va. Bar #16270
2025 E. Main Street, Suite 108
Richmond VA 23223
(804) 921-4885
zerkingt@msn.com

1

**Certificate of Service**

I hereby certify that, on this 16th day of May, 2016, I electronically filed the foregoing Notice Of Hearing with the Clerk of Court using the EM/ECF system, which will send notification of such filing to all counsel of record.

_____s/_____
Gerald Thomas Zerkin
Attorney-At-Law
Va. Bar #16270
2025 E. Main Street, Suite 108
Richmond VA 23223
(804) 921-4885
zerkingt@msn.com