IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **SEIFULLAH CHAPMAN,**<br><br>    Movant,<br><br>  v.<br><br>**UNITED STATES,**<br><br>    Respondent | Criminal Case No. 03-296-A |

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2)**

Movant Seifullah Chapman, through counsel, hereby moves the Court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). In support of this motion, Mr. Chapman submits the following:

1. Under § 3582(c)(2), the Court has authority to reduce sentences imposed under a term of imprisonment based on a sentencing range that has subsequently lowered by the sentencing commission.

2. Mr. Chapman is currently serving a 65 year sentence in federal custody for the following offenses: (1) one count of conspiracy charged under 18 U.S.C. § 371, (2) one count of conspiracy to provide material support in violation of 18 U.S.C. § 956, (3) one count of conspiracy to possess and use firearms in connection with a crime of violence in violation of 18 U.S.C. § 924(o), and (4) two counts of possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c).

3. The two conspiracy counts served as the predicate crimes for the two sentencing enhancements under § 924(c).

4. The Supreme Court, through *Dean v. United States*, 137 S. Ct. 1170 (2017), has effectively lowered the sentencing guidelines for § 924(c) predicate crimes, permitting a reduction under § 3582(c)(2).

5. In support of this motion, Mr. Chapman concurrently files a Brief in Support of Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)(2), which more fully provides the basis for his requested relief and the applicable law.

WHEREFORE, for the foregoing reasons, Mr. Chapman requests that the Court grant this Motion to Reduce Sentence pursuant to 18 U.S.C. 3583(c)(2) and resentence him as laid out in the accompanying Brief in Support of Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)(2).

Respectfully submitted,

*s/ Gerald Thomas Zerkin*  
Gerald Thomas Zerkin  
Attorney-At-Law  
Virginia Bar #16270  
2025 E. Main Street, Ste. 108  
Richmond, VA 23223  
(804) 921-4885  
zerkingt@msn.com

*s/ Nicole B. Godfrey*  
Nicole B. Godfrey  
*Admitted Pro Hac Vice*  
University of Denver  
Student Law Office  
2255 E. Evans Ave., Ste. 335  
Denver, CO 80208  
(303) 871-6574  
ngodfrey@law.du.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2018, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will send notification of such filing to the following:

Gordon D. Kromberg, Esq.
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

David Howard Laufman, Esq.
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

                                                *s/ Gerald Thomas Zerkin*
                                                Gerald Thomas Zerkin
                                                Attorney-At-Law
                                                Virginia Bar #16270
                                                2025 E. Main Street, Ste. 108
                                                Richmond, VA 23223
                                                (804) 921-4885
                                                zerkingt@msn.com