IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **SEIFULLAH CHAPMAN,**  Movant,  v.  **UNITED STATES OF AMERICA,**  Respondent | Criminal Case No. 1:03-cr-296-A |

## UNOPPOSED MOTION FOR LEAVE TO FILE COMPUTER DISK

Seifullah Chapman, through counsel, pursuant to Rule 16 of the Clerk's Office General Filing Tips for the Alexandria Division, respectfully seeks leave to file a DVD as Attachment A to Exhibit 3 of Mr. Chapman's Reply to Government's Response to Motion for Release (ECF No. 911-3). On July 11, 2018, Mr. Chapman filed his Reply to Government's Response to Motion for Release (ECF No. 911). Attachment A to Exhibit 3 to the Reply are several videos that have been burned to a DVD, which Mr. Chapman now seeks to file conventionally. Should the Court grant him leave to do so, Mr. Chapman will provide the DVD to the Clerk for filing within one business day.

Undersigned counsel has conferred with counsel for the government who represented that the government does not oppose the relief sought in this motion.

So Ordered

/s/
Leonie M. Brinkema  7/12/18
United States District Judge