IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **SEIFULLAH CHAPMAN,**  Movant,  v.  **UNITED STATES OF AMERICA,**  Respondent | Criminal Case No. 1:03-cr-296-A |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant, SEIFULLAH CHAPMAN, through counsel, respectfully requests this Honorable Court to order the early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of this motion, Mr. Chapman submits the attached Memorandum in Support of his Motion for Early Termination of Supervised Release.

Respectfully submitted,

*s/ Gerald Thomas Zerkin*
Gerald Thomas Zerkin
Attorney-At-Law
Virginia Bar #16270
2025 E. Main Street, Ste. 108
Richmond, VA 23223
(804) 921-4884
zerkingt@msn.com

*s/ Nicole Godfrey*
Nicole Godfrey, *Admitted Pro Hac Vice*
Taylor Volkman, *Student Attorney*
Annika Adams, *Student Attorney*
Susannah Rogers, *Student Attorney*
University of Denver College of Law
Student Law Office | Civil Rights Clinic
2255 E. Evans Ave., Ste. 335
Denver, CO 80208
(303) 871-6441
ngodfrey@law.du.edu

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Virginia using the CM/ECF system, which will send notification of such filing to the following:

Gordon D. Kromberg, Esq.
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

David Howard Laufman, Esq.
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

John Thomas Gibbs, Esq.
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

*s/ Gerald Thomas Zerkin*
Gerald Thomas Zerkin
Attorney-At-Law
Virginia Bar #16270
2025 E. Main Street, Ste. 108
Richmond, VA 23223
(804) 921-4885
zerking@msn.com