**Exhibit 4**
*Chapman v. United States of America*
Criminal Case No. 1:03-cr-296-A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.

      Defendants.

---

**DECLARATION OF SEIFULLAH CHAPMAN**

---

      I, Seifullah Chapman, pursuant to 28 U.S. C. §1746, declare under penalty of perjury as follows:

1. I am over the age of 18 and make this declaration based on personal knowledge.

2. I am currently incarcerated in the United States Penitentiary – Terre Haute ("USP-Terre Haute") in Terre Haute, Indiana.

3. I have been incarcerated by the Federal Bureau of Prisons ("BOP") since 2004 and have been an inmate at USP-Terre Haute since November 2015.

4. During my entire time in the BOP, I have received only two disciplinary incidents. Both were in February 2009. The first incident was because of my participation in a group prayer, and the second one was about me sending emails to my wife and attorney to let

them know about my punishment for the group prayer. Since then, for the last nine years, I have had zero disciplinary issues.

5.   While at USP-Terre Haute, I have been with the general population and have been able to participate in prison moves, like every other prisoner.

6.   I recently received word from my case manager that my max custody status has been removed and that my management variable points are low enough that I would qualify to be moved into a camp. I was also taken off two-hour watch about nine months ago. To me, this means the BOP does not consider me to be enough of a security concern to warrant restrictive measures or other individualized monitoring, beyond just being in prison itself.

7.   In October 2017, I completed the BOP's Life Connections Program ("LCP"). The LCP is the BOP's premier program. I have attached a copy of the brochure for the LCP as **Attachment A**. Through the LCP, I received values and social responsibility training, and worked on learning to further understand myself and my connections with the people in my community.

8.   After eighteen months of the program, and because of my excellent performance, I was even chosen to give the graduation speech for LCP. I was deeply honored to be chosen for this opportunity, and I took the responsibility seriously. I have attached a copy of the speech I wrote and delivered to this declaration as **Attachment B**. The BOP chaplain who conducted the program even referred to me as the most exemplary participant in the program on my feedback sheet. I have attached the feedback sheet as well as **Attachment C**.

9.  I have also received dozens of certificates for completing educational courses. These certificates were for classes such as Algebra, Parenting I & II, Philosophy of the Mind, and the Rights of Man. I have attached a copy of my certificates to this declaration as **Attachment D**.

10. I'm currently participating in the "After Care" addiction prevention program with the BOP's Mr. Blackstone, and am on the list to serve as a mentor for the new class of prisoners taking LCP.

Executed on January 30, 2018 in _____.

*s/ Seifullah Chapman*[1]_____
Seifullah Chapman

---

[1] On January 30, 2018, Mr. Chapman authorized his counsel via telephone to electronically sign this declaration.

# ATTACHMENT A
*Chapman v. BOP et. al.*
# 15- cv- 00279-WYD- KLM

## Beginning a journey...

Do you feel like you're on a path that's leading you nowhere? Are you searching for a way to grow spiritually and personally? The Federal Bureau of Prisons Residential Re-entry Program may be the answer for you. The Life Connections Program is a voluntary, intensive program open to all inmates who wish to follow a spiritual pathway to personal change and development. Inmates of all faiths or those still seeking a spiritual grounding are welcome to join.



Obligation to Right the Wrong

Transitional Issues

Leadership

Managing Emotions

Family Life Relationships

Religious Tolerance/ Understanding

Following Your Moral Compass

Conflict Management

Spirituality

Building Blocks to a Healthy Community

Orientation

Preparing for the Journey

### Making Connections

You will have an opportunity to strengthen your connections in four areas of your life:

- to your creator, by learning how to better demonstrate your love and service.

- to yourself so you have greater knowledge and understanding of your unique character.

- to others so you can give and share as part of a community.

- to your environment so you are at peace with the world around you.

*Where do I*
# GO *from here?*

## *What REALLY counts?*

## *How do I CHANGE?*

*Discover the answers in...*
*...Life Connections*

## The next step...

**For additional information or to find out how you can join the Life Connections Program, contact your institution's Chaplain.**

*Federal Bureau of Prisons*
*Residential Re-entry Program*

## *Here is what you will experience in the Life Connections Program:*

- Opportunities for Spiritual Growth
- Deepening of Religious Roots
- Personal Mentoring
- Values and Social Responsibility Training
- Personal Journaling
- Victim Impact Programs
- Community Service Projects

"For so long I've been walking down a road that's going nowhere. Now the Life Connections Program is helping me build a better life. I'm making a spiritual connection that's giving me hope and purpose. It's not easy but it's worth the struggle."

# ATTACHMENT B
*Chapman v. BOP et. al.*
# 15- cv- 00279-WYD- KLM

Seifullah Chapman
46868-083
Cohort 20
Graduation Speech

## Graduation Speech

Congratulations Cohort 20.

Eighteen months ago we all entered the Life Connections Program (LCP) unit for the first time. As soon as a person enters this unit, they quickly find that it is unlike any other place they have been in the Bureau of Prisons. Two things which are immediately apparent are the "Word of the Days" and the "rules".

Before Cohort 20 started their first run on the Word of the Day, we listened to at least 80 of them. About half way or so, they become stale. They all started sounding the same, like the same person was writing all of them.

Something happened when Cohort 20 began their first run of the Word of the Days! Do you remember that first day? I do. Mr. Miranda was our first participant. He walked up to the podium on September 6, 2016, perspiration running down his forehead. He told us that he was nervous. Then, . . . he began his presentation. With only a few cracks in his voice, he introduced himself to us. He related to us his story and opened himself up to all of us. He was genuine.

This changed the Word of the Days. Mr. Miranda raised the bar. I had already written my first Word of the Day, but I had to go back and redo it because Mr. Miranda's presentation demanded that I produce a better product. I believe that others from Cohort 20 also went back and made improvements.

After Mr. Miranda's presentation, the Word of the Days got better and continued to improve. For example, there was Mr.

1

Seifullah Chapman
46868-083
Cohort 20
Graduation Speech

Sherifi, a non-native English speaker who gave a 12 minute presentation, rhyming from start to finish.  This raising of the bar even spilled over into Cohort 21.  The standard has been re-set, and it was you, Mr. Miranda, who did that.

Isn't that the reason men come to the LCP, to raise their standards?  I hope all of you are proud of what you have accomplished.

Then there was also the rules.  "Tuck in your shirt" and "Keep quiet."  In the LCP Unit there are multi-colored "Quiet Unit" signs every 10 feet.  We understand there are going to be rules in prison, but what is with all of these extra rules?

When I was a kid, I hated rules.  I thought that I know everything, so why would I need rules.  When I married and started having children of my own – I had to give them rules.  I've never asked my children to do, or not to do, something just to bother them or make their lives difficult.  I gave them rules because I believed that those rules would make them better people.

Unless you are going to be a pro surfer when you leave prison, you will almost certainly work a job where you must dress appropriately.  That would include tucking our shirts in.  There are not many jobs where you will find people calling each other across the work place.  In most work environments, you will find that keeping quiet is the norm.  ***Sometimes we think a thing is bad for us when in fact it is good for us.***  Even if we didn't fully understand the reason for these rules in the LCP, all of the rules will benefit the man who goes home and plans to stay there.

2

Seifullah Chapman
46868-083
Cohort 20
Graduation Speech

Every one of us 28 men will leave here today with
something.  Some will leave with more than others.  For those of
you who came to the LCP because you saw something in yourself
that you wanted changed, and had the courage to take steps to
make those changes, and then actually changed – you men have
achieved a great success.  You men who have vowed to go home
and never again allow your mothers to sit alone on Thanksgiving
waiting for their sons to call home from prison, for you – you will
have achieved the greatest prize.  You will leave here changed
men; men who are ready to live a positive and productive life.

Other men came to the LCP in order to get to an FCI, you
will leave here today with that transfer being a real possibility.
Those who came for other than those reasons, you too will leave
here with something – a piece of paper and two photographs.

But, . . . because you have been given the same tools as the
first group, all you need to do is change your intention, and you
too can have the same success as the first group.

In Mr. Blackstone's class, we spoke at length about why
people come back to prison.  Every man who spoke in class who
has been to prison more than once always had a perfect intention
when exiting prison.  Every man wanted to do whatever he had to
do to keep out of prison.  Then, . . . the barriers and difficult times
hit them.  After trying unsuccessfully to navigate those barriers,
those men reverted to negative behavior and then ended up back
here.

This time when you leave prison – in addition to your perfect
intention – we all now have the tools to help us overcome those

3

Seifullah Chapman
46868-083
Cohort 20
Graduation Speech

barriers.  If you rely on those tools, you will be successful, and
you will not return to prison.  God-willing.

So, what is the LCP really?  The truth is that the 28 men
sitting here in cap and gown are the result of 18 months of hard
work, sweat, and probably a few tears, of our Spiritual Guides.
Without you, [Spiritual Guides], there is no LCP.  If we filled this
room, doubled or even tripled the number of participants, without
you men and Sister Dorothy, there could be no LCP.* Yet, leave a
single participant and as long as you are here, there will be a
LCP.⊗After thanking the Creator, or whatever each man believes
in, we thank you for what you have done for us.

~~I didn't have a mentor.~~  You [Mentors] make the LCP better.
Living in this bricks and mortar world, it is easy to forget about
humanity.  But every week, when we see you show up; and after
hearing that so-and-so mentor had a tooth pulled, but he'll be
here or so-and-so mentor is recovering from surgery, but he'll be
here – every time you give up your free time to put your energy
into the LCP men, you remind us of humanity.  You meant a lot to
me and none of you were my mentor.  You meant so much more
to the men whose lives you have touch through your mentoring.
Without you mentors, the LCP would not be as good as it is.

So, we are grateful to the One we believe in, to our mentors,
and our Spiritual Guides.  Speaking among ourselves, we have
tried to figure out a way to show our appreciation.  We cannot
give our Spiritual Guides anything material, as the rules of our
current situation prevent that.  The proof of our sincere
thankfulness, then, will only be seen if we use what you have

4

Seifullah Chapman
46868-083
Cohort 20
Graduation Speech

equipped us with.  We have been "Preparing for the Journey" for the past 18 months.  Now, we must use what you have given us and begin that journey.

Prison is whatever you make of it.  Too many men in prison want to do drugs.  They make prison a dope house.  Many others want to gamble and make prison a casino.  You men of the LCP have chosen to make prison a university and a place of prayer.

Equipped with the tools you now have, you can be successful in prison and at home in your communities.

Congratulations Cohort 20!

# ATTACHMENT C
*Chapman v. BOP et. al.*
# 15- cv- 00279-WYD- KLM

| **Life Connections Program Graduation Requirements** *Chaplain Comments and Feedback* | Cadre: **#20** Projected LCP Completion: **September 2017** |
|---|---|
| LCP Participant: **Chapman, Seifullah- 223 46868-083, LCP Cohort 20** | Register Number: |

| **Community Service** | Through completion of the LCP Community Service Component, the participant will demonstrate: <br>• a basic understanding and responsibility for healthy community citizenship <br>• a willingness to take responsibility to right the wrong=s that criminal behavior has placed upon the community; |
|---|---|

| # | Task | Date Completed | Chaplain's Signature |
|---|---|---|---|
| 1. | Participant <u>will</u> have Completed 500 Hours of _528_ Community Service.  (self-reported on "Blue" sheets) | 5/7/2017 | SPS |
| 2. | Participant <u>will</u> have led at least 3 Community *Devoted* Connections Meetings. (Word of the Day presentations) 99% 98% | committed 10/10/2017 | Color-blind 96% SPS |
| 3. | Participant <u>will</u> regularly participate in Community Connections Meetings.   (e.g. Word of the Day attendance and attention) 2 missed signins | 10/10/2017 | SPS |
| 4. | Participant <u>will</u> share in a structured group activity (e.g. skit, creative writing presentation, etc) which demonstrates the integration of a key concept in the Life Connections Program.   This presentation will be made by an established LCP cohort to a new LCP cohort during their initial orientation into LCP. | wk before graduation 7/30/2017 | SPS |

Chaplain Comments:

| Victim Impact | Through completion of the LCP Victim Impact Component, the participant will demonstrate: <br> • the ability to identify victims of crime <br> • an understanding of how one's own criminal behavior has caused harm to self <br> • responsibility in repairing the wrong caused by one's own criminal behavior | | |
|---|---|---|---|
| # | Task | Date Completed | Chaplain's Signature |
| 1. | Participant <u>will</u> satisfactorily complete 3 Victim Impact Programs and related assignments: *Mrs.* *Ms. Orr* <br> • Hearing Victim Stories <br> • Identification of Victims <br> • Repairing the Wrong  *6 wk* | 10/5/17 | *UK-OM* |
| 2. | Participant <u>will</u> create a written inventory (4th Step) of <u>all</u> the persons he has wronged through <u>past actions</u> and create a written plan to "make things right" with the persons identified. (Obligation to Right the Wrong workbook) *inventory* *1) 2) 5/7/2017 3)* | | *(ALL)* *Sob...* |
| 3. | Participant <u>will</u> submit a written reflection on the impact of his own crime to the persons in his life. (Minimum of 500 words). <u>This reflection is submitted to the Faith-based Chaplain.</u> *5/7/2017* *S - Specify M measurable A achievable* | | *SJom* |
| 4. | Participant <u>will</u> create a goal (LCP Model) which focuses upon mending a broken relationship caused by his crime.  *SMART* *R results T Time* *5/7/2017* | | *242 165* *SoB* |
| Chaplain Comments: | | | |
| Spiritual Guide Insights: | | | |

| Mentor | Through completion of the Mentoring Component of the LCP program, the LCP participant will develop a support system for personal, spiritual, religious growth and when applicable, establish the foundation of a support system for societal re-entry. | | |
|---|---|---|---|
| # | Task | Date Completed | Chaplain's Signature |
| 1. | If a Mentor relationship has been established, the participant will have met with the community Mentor on at least 25 occasions. | *NA* | *SoB* |
| 2. | Participant's submission of a written report which describes the meaning of the Mentor/Mentoree relationship; identification of personal strengths and areas of growth. | *100 words* *5/7/2017* | *SoB* |
| 3. | If a Mentor relationship has been established with a re-entry Mentoring Congregation or Community Support Agency, the participant will: <br> • have a named point of contact  *already become - give name to me* <br> • have begun supporting her/his congregation (e.g., *interim* monetary contributions, letter writing) | 10/3/17 | *SP-* |
| Chaplain Comments: | | | |
| Mentor Insights: | | | |

| Curriculum | Through completion of the Curriculum Component of the LCP program, the participant will develop and integrate core knowledge and  skills for daily living based upon a spiritual and religious foundation.  These include: <br>• Spiritual Self Awareness <br>• Ethical Decision Making <br>• Religious Tolerance and Respect <br>• Citizenship and Community <br>• Family | | |
|---|---|---|---|
| **#** | **Task** | **Date Completed** | **Chaplain's Signature** |
| 1. | Participant <u>will</u> have completed all workbook exercises. | 10/10/2017 | |
| 2. | Participant <u>will</u> provide the Program Manager, Mentor and/or Spiritual Guide: <br>• an understanding of the exercises in the curriculum workbooks <br>• additional related spiritual readings <br>• written development of personal goals <br>• evidence of research in related topics and assignments <br>• Evidence of Sacred Writing Exercise Completion <br>• Evidence of Individual Study | 10/10/2017 | |
| 3. | Participant <u>will</u> have re/established family ties through weekly correspondence.  2 for 1  Healthy living # 6 | 5/7/2017 | |
| 4. | Participant <u>will</u> have completed 6 weekend retreats/seminars. <br>PTSD,  Boundaries | 10/10/2017 | |
| 5. | Participant <u>will</u> provide a written analysis of 2 decisions made using the LCP Moral Compass Model. | 5/7/2017 | |
| 6. | At the beginning of <u>each quarter</u> in the last year of the LCP program, the participant will provide a written spiritual analysis of an event which has occurred in his life. | 5/7/2017 | |
| 7. | Participant <u>will</u> make regular Journaling entries in the interactive Journaling component of the program.   The participant will be able to demonstrate their engagement in the Journaling process with the LCP Program Manager during counseling sessions. | Excellent 10/10/2017 Journaling | |
| 8. | Participant <u>will</u> develop, monitor and periodically update a Covenant for Living.   This covenant will reflect: <br>• an understanding and agreement to live by institution rules <br>• an understanding and agreement to live by LCP program rules <br>• the development of and agreement to follow LCP cohort rules <br>• the development of a personal faith covenant for living with God, Family, and the within the community. | 10/10/2017 | |
| Chaplain Comments: | | | |

| Healthy Living | | Through completion of the Healthy Living Component of the LCP program, the LCP participant will develop essential living habits and skills to support responsible and healthy living. | |
|---|---|---|---|
| # | Task | Date Completed | Chaplain's Signature |
| 1. | Participant will demonstrate responsible time management over a one year time period by: *Never missed class or tardy* <br> • on time attendance at work <br> • (no more than 4 un-excused late calls <br> • on time attendance at LCP programs and events <br> • (no more than 4 un-excused late calls) | 10-10-2017 | S.B. |
| 2. | Participant will complete a structured 60 day well-ness program (to include nutrition, weight management, exercise, stress Ace management classes and assignments). *2 wellness courses* | 5/7/2017 | SBm |
| 3. | Participant will maintain a clean living space throughout the LCP program (No more than 2 deficient sanitation reports from weekly inspection). | 10/10/2017 | SBB |
| 4. | Particiipant will complete a class and related assignments on personal hygiene and dress code. Afterwards, the participant will demonstrate good personal hygiene (i.e., grooming, personal cleanliness) throughout the program. No more than 1 LCP staff consultation on hygiene dress code issues during the course of the LCP program. *MR. PINKERTON > CLASS* | 6/20/17 | SB. |
| 5. | Participant will complete 150 hours of addiction programming. *Mr. Blackstone* | 10/08/2017 | Blackstone |
| 6. | Participant will complete at least 6 self programs/activities. (responsible parenting; budgeting; marriage enrichment; stress management; spiritual growth; religious growth) | 10/10/2017 | SBB |
| 7. | Participant will regularly participate in a weekly study and worship service available to the general population. *6 mumd Sign ins - All early* | 10/10/2017 | SB |
| 8. *2nd Currently #3* | Participant will provide (financial and emotional) support to his family. Each quarter the participant will submit a 1 page report to the Life Connections Program Manager addressing his active role in family support. *how I stay connected to my family* | 5/7/2017 | SBm |
| 9. | Participant will demonstrate the integration of personal spiritual development through devotional, prayer and meditative use of morning and evening scheduled quiet time. *Sunday talk to Chaplain about what I do* | 10/10/2017 | SBB |

Chaplain Comments: *Prayer –*
*Supplication –*
*Education*
*FREE Learning Quran + Sunnah*

| Release/Transitional Preparation | Through completion of the Release/Transitional Component of the LCP program, the participant will be prepared to move beyond the program into reintegrating life with the world.   These include:<br>• Mentor Relationship<br>• Job plan<br>• Family Re-integration Plan<br>• Support System Identification<br>• Budget Plan | | |
|---|---|---|---|
| # | Task | Date Completed | Chaplain's Signature |
| 1. | Participant <u>will</u> have secured a birth certificate and social security card.   (Medicaid and SSI application if applicable) | 11/10/2016 | |
| 2. | Participant <u>will</u> have a Local Community Resource packet (Release/Re-Entry Community).   The packet will contain points of with: *email Mrs. Williams ask her for this packet*<br>• Probation and parole;<br>• Community Sponsor (s) - 12 Step;   Mentoring Congregation *I'm working in*<br>• Licensing Agencies - (i.e. Drivers) *my release In LCP out*<br>• Support Agencies (Job Service, Catholic Social Services, Lutheran Social Services)<br>• Library<br>• Continuing Education Centers (Community College; Vo-Tech Schools) | 5/7/2017 | |
| 3. | Participant <u>will</u> have achieved entry level computer skills (Word Processing) *Key-boarding* | 5/7/2017 | |
| 4. | Participant will <u>dialogue</u> with staff to identify and work towards high education ideals and formulate a plan realistic goal to address continuing education needs. *MBA Read books, Teach; memorization* | 10/10/2017 | |
| 5. | Participant will have a written resume related to employment goals. | 10/10/2017 | |
| 6. | Participant <u>will</u> have participated in a Mock Job Fair. *7/31/2017* | 10/10/2017 | |
| 7. | Participant <u>will</u> have identified five prospective employment opportunities at their release destination, to include:<br>• Name *Job Kiosk v Edu.*<br>• Address<br>• Contact Person<br>• Job Requirements | 5/7/2017 | |

| 8. | Participant will have developed a realistic release plan and budget based on financial resources available at the time of release, to include: <br>• Housing Options ; <br>• Food   3 items for each heading <br>• Employment  3 <br>• Clothing   3 <br>• Transportation 3 <br>• Child Support 2 itm | 5/7/2017 | _(signature)_ |
|---|---|---|---|
| 9. | Participant will have 3 SMART (LCP Model) re-entry goals to include at least one separate goal for three of the following: <br>• Leisure Time <br>• ✓ Family Ties   . <br>• ✓ Worship   _ <br>• Making Amends <br>• Employment   . <br> _Chaplain ask Ashhen for template_ | 5/7/2017 | _(signature)_ |
| 10. | Participant will have had a minimum of 5 personal goal follow-up meetings with spiritual guide or mentors and at least 4 sessions with the Chaplain.   _pre-graduation meeting w/ Chaplain_ | 10/10/2017 | _(signature)_ |

| Community Liaison Visit Date: | Community Location: |
|---|---|
| Community Liaison Identified Sponsor: | |

| Spiritual Life Assessment Survey | |
|---|---|
| • (Pre-LCP)      Completed: _____ | |
| • (Post LCP)    Completed: _____ | |

Chaplain Comments:

Mr. Chapman enjoyed the V+R classes, especially
Mr. Hesketts organization. Leadership for Managing Emotions,
Conflict Manage, and Leadership workbooks were very.
He wants to immerse himself in Anatomy of Peace, +

Chaplain's Overall Appraisal of LCP Program Participation:

Kaizen Ways

✱ Mr. Chapman was selected as the Graduate
Speaker, which means he is the most
exemplary participant.

| Chaplain's Signature: _(signature)_ | Date: 12/10/2017 |
|---|---|

# ATTACHMENT D
*Chapman v. BOP et. al.*
# 15- cv- 00279-WYD- KLM

Case 1:15-cv-00279-WYD-KLM   Document 348-5   Filed 01/30/18   USDC Colorado   Page 22 of 79



Adult Continuing Education Program

~ Certificate of ~

## ACHIEVEMENT

This Certifies that

**Seifullah Chapman**

has completed the requirements for the class

*Your Strategic Future,*

and is therefore issued this certificate.

Presented by the Education Department, USP Big Sandy

March 31, 2006



Adult Continuing Education Program

*Certificate of*

# ACHIEVEMENT

This Certifies that

## Seifullah Chapman

has completed the requirements for the class

*Your Strategic Future,*

and is therefore issued this certificate.

Presented by the Education Department, USP Big Sandy

June 8th, 2005

This Certificate Is
Presented To:

Seifullah Chapman

For Successfully
Completing the Aerobics
Program at
F.C.C. Terre Haute

K. Ospen, Supervisor of Recreation

# Certificate of Achievement

awarded to:

## Seifullah Chapman

ACE Shakespeare, Part A
FCC – FCI Terre Haute

Case 1:15-cv-00279-WYD-KLM   Document 348-5   Filed 01/30/18   USDC Colorado   Page 26 of 79

# Certificate of Achievement

awarded to:

# Seifullah Chapman

ACE Europe and Western Civilization in the Modern Age Part A
FCC ~ FCI Terre Haute

# Certificate of Achievement

awarded to:

## Seifullah Chapman

ACE Europe and Western Civilization in the Modern Age Part 2
FCC ~ FCI Terre Haute

_ACE Coordinator_

_Date_

# Certificate of Achievement

awarded to:

# Seifullah Chapman

ACE Tools of Thinking
FCC ~ USP Terra Haute

# Certificate of Achievement

awarded to:

## Seifullah Chapman

for

Completing ACE Origins of Great Ancient Civilizations

at

FCI Terre Haute

ACE Coordinator

August 18, 2008

Date



# Certificate of Achievement

Awarded to:

Seifullah Chapman

for the completion of the ACE Story of Language I

ACE Team Alaska

Date: December 12, 2002

M. Roberts

# Certificate of Completion

awarded to:

Seihullah Chapman

has satisfactorily completed the program of
ACE Algebra I

at

Terre Haute, Indiana

*J. Roberts*

ACE Coordinator

# Certificate of Completion

awarded to:

### Seftullah Chapman

has satisfactorily completed the program of
ACE Algebra I, Part 2

at

## FCI Terre Haute, Indiana

# Certificate of Completion

awarded to:

Samuhin Chapman

has satisfactorily completed the program of
No Excuses! Existentialism and the Meaning of Life

at

FCI Terre Haute, Indiana

# Certificate of Completion

awarded to:

Seinilian Chapman

has satisfactorily completed the program of
History of Languages Part 3

at

FCI Terre Haute, Indiana

# Certificate

In recognition of completion of this Adult Continuing Education Program, for

## Introduction to Grammar and Writing Skills.

This certificate of completion recognition is presented to:

## Chapman, Seifullah

On this day September 20, 2009 by the USP Lewisburg Education Department.

V. Carrill, Supervisor of Education

J. Erhert, Education Teacher

# Certificate of Achievement

## Seifullah Chapman

Has Completed the

## Modern Perspectives on Our Solar System

Adult Continuing Education Class

_____
Supervisor of Education

FLORENCE,
COLORADO

2001

_____
Course Coordinator



# Certificate of Achievement

*Seifullah Chapman*

Has Completed

## The Human Body: How We Fail, How We Heal

Adult Continuing Education Class

Supervisor of Education

Course Coordinator

FLORENCE,
COLORADO

2011



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## Legends of the Silver Screen

Adult Continuing Education Class

Supervisor of Education

Course Coordinator

FLORENCE,
COLORADO

2011

# Certificate of Achievement

## Seifullah Chapman

Has Completed the

## American Experience – Part 5

Adult Continuing Education Class

Supervisor of Education

L. Mauger

Course Coordinator

FLORENCE,
COLORADO

2011



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## America at War – Part 3

Adult Continuing Education Class



# Certificate of Achievement

*Seifullah Chapman*

Has Completed

**Great Presidents – Part 2**

Adult Continuing Education Class

FLORENCE,
COLORADO
2013

Supervisor of Education

Course Coordinator



# Certificate of Completion

*Seifullah Chapman*

Has Completed the

## Wellness – Part 1

Class

Supervisor of Recreation

Course Coordinator

FLORENCE,
COLORADO

2011

# Certificate of Completion

## *Seifullah Chapman*

Has Completed the

### Wellness – Part 2

Class

Supervisor of Recreation

FLORENCE,
COLORADO

2011

Course Coordinator



Case 1:15-cv-00279-WYD-KLM   Document 348-5   Filed 01/30/18   USDC Colorado   Page 45 of 79



# Certificate of Completion

May it be known that this Certificate has been presented to

*Seifullah Chapman #46868-083*

for completion of

## Independent Study – Philosophy of the Mind
### (6 hours)

Presented this 11th day of July, 2011

J.   Koch, Psy.D.
Clinical Psychologist
United States Penitentiary, ADX

# Certificate of Completion

May it be known that this Certificate has been presented to

*Seifullah Chapman #46868-083*

for completion of

**Independent Study – Quest for Meaning**
(6 hours)

Presented this 11th day of August, 2011

J. Koch, Psy.D.
**Clinical Psychologist**
**United States Penitentiary, ADX**

# Certificate of Achievement

## Seifullah Chapman

Has Completed the

### How the Earth Works – Part 1

Adult Continuing Education Class

Supervisor of Education

Florence,
Colorado

2012

Course Coordinator

# Certificate of Achievement

## Seifullah Chapman

Has Completed the

## How the Earth Works – Part 2

Adult Continuing Education Class

Supervisor of Education

FLORENCE,
COLORADO

2012

Course Coordinator





# Certificate of Achievement

## Seifullah Chapman

Has Completed the

### Lost Cities

Adult Continuing Education Class

FLORENCE,
COLORADO

2012

_____
Supervisor of Education

_____
Course Coordinator



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

**Engineering Disasters**

Adult Continuing Education Class

FLORENCE,
COLORADO

2002

Supervisor of Education

Course Coordinator

# Certificate of Achievement

## Seifullah Chapman

Has Completed the

## World's Greatest Paintings

Adult Continuing Education Class

Supervisor of Education

Course Coordinator

FLORENCE, COLORADO

2012



# Certificate of Achievement

*Seifullah Chapman*

Has Completed

## The Founding Fathers, Founding Brothers

Adan Continuing Education Class

# Certificate of Achievement

## *Seifullah Chapman*

Has Completed the

## Brief History of the World – Part 1

Adult Continuing Education Class

FLORENCE,
COLORADO

2012

_Supervisor of Education_

_Course Coordinator_



# Certificate of Achievement

## *Seifullah Chapman*

Has Completed the

## Brief History of the World – Part 2

Adult Continuing Education Class

FLORENCE,
COLORADO

2012

_____
Supervisor of Education

_____
Course Coordinator



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## Faces of Freedom

Adult Continuing Education Class

Supervisor of Education

Florence,
Colorado

2012

Course Coordinator

# Certificate of Completion

May it be known that this Certificate has been presented to

*Seifullah Chapman #46868-083*

for completion of

**Independent Study – The Search for Intelligent Life in Space**
**(6 hours)**

Presented this 7th day of December, 2012

M. Rhodes M.S.
Psychology Technician
United States Penitentiary, ADX

# Certificate of Completion

May it be known that this Certificate has been presented to

*Seifullah Chapman #46868-083*

for completion of

**Independent Study – Civilization**
**(9 hours)**

Presented this 11th day of October, 2012

J. Koch, Psy.D.
Clinical Psychologist
United States Penitentiary, ADX

Case 1:15-cv-00279-WYD-KLM   Document 348-5   Filed 01/30/18   USDC Colorado   Page 60 of 79



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

**Nutrition Made Clear Part 1**

*Adult Continuing Education Class*

FLORENCE,
COLORADO

2013

Course Coordinator

Supervisor of Education



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## The Rise and Fall of Rome

Adult Continuing Education Class

FLORENCE,
COLORADO
2013

Supervisor of Education

Course Coordinator



Certificate of Achievement

*Seifullah Chapman*

Has Completed the

**The Rights of Man**

Adult Continuing Education Class

FLORENCE, COLORADO
2013

Course Coordinator

Supervisor of Education



# Certificate of Achievement

## *Seifullah Chapman*

Has Completed

### The Wild West

Adult Continuing Education Class

FLORENCE,
COLORADO

2011

Supervisor of Education

Course Coordinator



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## Effective Communication Skills

Adult Continuing Education Class

Course Coordinator

Supervisor of Education

FLORENCE,
COLORADO

2013

# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

**The Planets**

Adult Continuing Education Class

Supervisor of Education

Course Coordinator

FLORENCE,
COLORADO

2013

# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

**Ancients Behaving Badly**

Adult Continuing Education Class

FLORENCE, COLORADO

2013

Supervisor of Education

Course Coordinator

Case 1:15-cv-00279-WYD-KLM   Document 348-5   Filed 01/30/18   USDC Colorado   Page 67 of 79



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## Events That Changed History – Part 1

Adult Continuing Education Class

_____
Supervisor of Education

_____
Course Coordinator

FLORENCE,
COLORADO

2013

# Certificate of Achievement

## Seifullah Chapman

Has Completed the

## Events that Change History – Part 2

Adult Continuing Education Class

Supervisor of Education

Program Manager
Education

Asst. Continuing Education
Unit

# Certificate of Completion

May it be known that this Certificate has been presented to

*Seifullah Chapman #46868-083*

For completion of the Series

**"The Human Animal"**

**& Reaction Paper/Essay**

*(9 Credits)*

Presented this 4 Day of July, 2003

H. Boehm
ADX Psychology Technician
United States Penitentiary, ADX

# Certificate of Completion

May it be known that this Certificate has been presented to

*Seifullah Chapman* #46868-083

For completion of the Series

"Love and Vengeance:
A Course on Human Emotion"
& Reaction Paper/Essay

(6 Credits)

Presented this 3rd Day of July, 2013

H. Boehm
ADX Psychology Technician
United States Penitentiary, ADX

# Certificate of Completion

May it be known that this Certificate has been presented to

## Seifullah Chapman # 46868-083

For completion of the Series

## "This Emotional Life"
## & Reaction Paper/Essay

(9 Credits)

Presented this 21st day of May, 2015

H. Boehm
ADX Psychology Technician
United States Penitentiary, ADX



# CERTIFICATE OF COMPLETION

awarded to

## Seifullah Chapman

this 12th day of July 2013

for completing "Wellness and Fitness Course"

APEX Elmore, Colorado

J. Davenport Rehabilitation Specialist



# Certificate of Achievement

*Seifullah Chapman*

Has Completed the

## Nutrition Made Clear Part 2

Adult Continuing Education Class

Course Coordinator

Supervisor of Education

FLORENCE,
COLORADO

2014

ADX, Florence Colorado

2014

# Certificate of Achievement

*Seifullah Chapman*

Has Completed the
American Experiences
Adult Continuing Education Class

Supervisor of Education

Course Coordinator

Case 1:15-cv-00279-WYD-KLM   Document 348-5   Filed 01/30/18   USDC Colorado   Page 76 of 79

# CERTIFICATE OF PARTICIPATION

*Seifullah Chapman*

## PTSD Seminar

Thursday, August 25, 2016, 2 hours

Silouan Green, Veteran Consultant

# CERTIFICATE OF PARTICIPATION

## Boundaries Seminar

*Seifullah Chapman*

Life Connections Program Terre Haute, Indiana

May 8, 2017

Mrs. Orr, LCP Administrative Assistant

# CERTIFICATE OF PARTICIPATION

*Seifullah Chapman*

Attended and actively participated in the Life Connections Program

## Occupational Re-Entry Seminar
## and Mock Job Fair

On July 12-13, 2017 and July 31, 2017

S.P.

Mr. S. Pinkerton, LCP Mentor Coordinator

FCC TERRE HAUTE

# CERTIFICATE OF COMPLETION

*The Impact of Crime on Victims*

# Seifullah Chapman

*A Victim Impact Component for LCP Graduation (12 Hours)*

**Life Connections Program   USP Terre Haute, IN**

10/3/2017
October 3, 2017

Mrs. K. Orr, Victim Impact Facilitator